UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

David Gordon Stidham
and Sheila Mary Stidham

Case No. 9:03-bk-08677-ALP

_____ Debtor* /

## ORDER DENYING
## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing upon the Motion for Payment of Unclaimed Funds filed by Brian J. Dilks of Dilks & Knopik, LLC on behalf of Resurgent Capital Services LP as servicer for PYOD, LLC successor in interest to Citibank (South Dakota). The Motion fails to fulfill the requirements of 28 U.S.C. §2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

☐ Lack of proof of service upon the United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

☒ The Claimant failed to provide proper authority to obtain funds. If the party filing the motion has purchased or been assigned the claim, or purchased the assets of the business originally entitled to the unclaimed funds, documentation evidencing the transfer of the claim or proof of purchase/sale of the assets must be attached to the motion.

---

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

☐ The funds locator has failed to provide evidence of proper authority to obtain funds.

☐ No mailing address of the claimant.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by Resurgent Capital Services LP as servicer for PYOD, LLC successor in interest to Citibank (South Dakota) is hereby DISAPPROVED.

**DONE AND ORDERED** on October 15, 2009.

_____
Alexander L. Paskay
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.